# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERSON RENZO ESPEJO CASTILLO, <br><br> Petitioner, <br><br> v. <br><br> FACILITY ADMINISTRATOR, Desert View Annex; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; PAMELA BONDI, U.S. Attorney General, <br><br> Respondents. | Case No: 5:26-cv-1129-MWF(MAR) <br><br> **PRELIMINARY INJUNCTION** |

On March 23, 2026, the Court issued an Order Granting Petitioner's Ex Parte Application for a Temporary Restraining Order.  (Docket No. 10).  The Court further issued an Order to Show Cause as to why the Temporary Restraining Order should not be converted into a Preliminary Injunction.  (Docket No. 11).

On April 15, 2026, having reviewed the response to the Order to Show Cause and pursuant to Federal Rule of Civil Procedure 65, good cause appearing therefor:

Respondents are **ENJOINED** from re-detaining Petitioner unless they comply with the process required under 8 C.F.R. §§ 241.4(l)(1), 241.13(i).

**IT IS SO ORDERED.**

Dated:  April 15, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

2
**PRELIMINARY INJUNCTION**